# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**HANCOCK BANK,**

    **Plaintiff,**

vs.                        **CASE NO. 4:11-cv-282/RS-WCS**

**MONTE CRISTO OF TALLAHASEE INC., et al.,**

    **Defendants.**
_____/

## ORDER

The relief requested in Defendants' Unopposed Motion for Extension of Time to File Responsive Pleading to Plaintiff's Complaint (Doc. 12) is **GRANTED**. Defendants shall file their response not later than August 15, 2011.

**ORDERED** on August 10, 2011.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**