IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**HANCOCK BANK,**

    **Plaintiff,**

vs.                                    **CASE NO. 4:11-cv-282/RS-WCS**

**MONTE CRISTO OF TALLAHASEE
INC., et al.,**

    **Defendants.**
_____/

## ORDER

The relief requested in Defendants' Unopposed Motion for Extension of Time to File Response to Plaintiff's Motion for Final Summary Judgment (Doc. 30) is **GRANTED**. Defendants shall file their response not later than September 16, 2011.

**ORDERED** on September 8, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**